TODD BLANCHE
U.S. Deputy Attorney General
JORDAN FOX
Chief of Staff & Associate Deputy
   Attorney General
Special Attorney
DAVID INKELES
Assistant United States Attorney
United States Attorney's Office
970 Broad Street, Suite 700
Newark, NJ 07102
David.Inkeles@usdoj.gov
*Attorneys for Respondents*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARTIR ZAMBRANO DIAZ | HON. RENÉE M. BUMB, C. U.S.D.J. |
| *Petitioner*, | Civil Action No. 26-01301 (RMB) |
| v. | **NOTICE OF SUBSTITUTION** |
| KENNETH GENALO, *et al.*, | |
| *Respondents.* | |

TO THE CLERK:

Please take notice that David Inkeles, Assistant United States Attorney, will be substituted as attorney for the Respondents in the above-captioned matter. Frances C. Bajada, Assistant United States Attorney, the withdrawing attorney, is no longer serving as attorney for the Respondents in this matter.

s/ *Frances C. Bajada*  
FRANCES C. BAJADA
Assistant U.S. Attorney
Withdrawing Attorney

s/ *David Inkeles*  
DAVID INKELES
Assistant U.S. Attorney
Superseding Attorney

Dated: February 12, 2026