# Exhibit A

# I-213

**U.S. Department of Homeland Security**   Subject ID : ▮▮▮▮▮   **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| ZAMBRANO DIAZ, MARTIR | | | M | BLK | BRO | LBR |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| HONDURAS | | ▮▮▮▮ | 68 | 175 | Laborers |

| U.S. Address | | Scars and Marks |
|---|---|---|
| ▮▮▮▮ GREENPORT, NEW YORK, 11944, UNITED STATES | | |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☐ Single  ☐ Divorced  ☐ Married  ☐ Widower  ☐ Separated |
|---|---|---|---|
| Unknown Date Unknown Time, UNK, WI-Without Inspection | | ▮▮▮▮ | |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| | NCA |

| Date of Birth | | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|---|
| ▮▮/1975    Age: 50 | | 02/04/2026 | CIP/NYC | See I-831 | 02/04/2026 06:45 |

| City, Province (State) and Country of Birth | AR ☒ | Form : (Type and No.) Lifted ☐  Not Lifted ☐ | By |
|---|---|---|---|
| HONDURAS | | | See Narrative |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | | |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | |

| Immigration Record | Criminal Record |
|---|---|
| POSITIVE - See Narrative | |

| Name , Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | None |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| | |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes  ☐ No | Systems Checks See Narrative | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | | See Narrative |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| See Narrative | See Narrative | | Hr 12/01/2003 |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN: 1599538          Left Index fingerprint          Right Index fingerprint

```
FAMILY INFORMATION
-------------------
Father:Subject has not provided information for Father.
Mother:Subject has not provided information for Mother.
Spouse:Subject is not married.
Child:Subject does not have children or dependents.

IMMIGRATION RECORD
-------------------
History was expected but not provided ...(CONTINUED ON I-831)
```

J 10425 CHACON
Deportation Officer

Alien has been advised of communication privileges  2-4-26  (Date/Initials)

(Signature and Title of Immigration Officer)

| Distribution: | Received: (Subject and Documents)  (Report of Interview) |
|---|---|
| A-FILE | Officer: J 10425 CHACON |
| | on: February 4, 2026 _____ (time) |
| | Disposition: REINSTATEMENT OF DEPORT ORDER I-871 |
| | Examining Officer: DIAZ, J 7700 |

Form I-213 (Rev. 08/01/07)

U.S. Department of Homeland Security                          **Continuation Page for Form** I-213

| Alien's Name<br>ZAMBRANO DIAZ, MARTIR | File Number<br>████████<br>Event No: CIP2602000064 | Date<br>02/04/2026 |
|---|---|---|

SUBJECT HEALTH STATUS
---------------------
The subject claims good health.

CURRENT CRIMINAL CHARGES
------------------------
02/04/2026 - 8 USC 1326 - RE-ENTRY OF REMOVED ALIENS

CURRENT ADMINISTRATIVE CHARGES
------------------------------
02/04/2026 - 212a9Aii - ALIEN PREVIOUSLY REMOVED ONCE, NOT AS AN ARRIVING ALIEN (NOT AGGRAVATED FELONS)

RECORDS CHECKED
---------------
CIS checked on 02/04/2026 with Positive result.EARM checked on 02/04/2026 with Positive result.IAFIS checked on 02/04/2026 with Positive result.NCIC checked on 02/04/2026 with Negative result.TECS checked on 02/04/2026 with Negative result.NLETS checked on 02/04/2026 with Negative result.

NAME AND ADDRESS OF US EMPLOYER
-------------------------------
PINDAR VINEYARDS, 37645 NY-25 PECONIC, NEW YORK, 11958, UNITED STATES

TYPE OF EMPLOYMENT
------------------
Operators, Fabricators, and Laborers

ARRESTING AGENTS
----------------
K 6647 REYG. 4996 PAOLIP 9105 HASSELL

ARRESTED AT/NEAR
----------------
NEAR 828 FRONT ST, GREENPORT, NEW YORK, 11944, UNITED STATES

RECORD OF DEPORTABLE/EXCLUDABLE ALIEN:
--------------------------------------
The officer preparing this document was not involved in the arrest and was assigned to process the arrest.  The A-file associated with this arrest was not available for review at the time of arrest processing; all information contained herein was reported by the arresting officer(s) and/or obtained through a review of available electronic databases and computerized systems queries.

ARREST:
On Wednesday, February 4, 2026, at approximately 0645hrs, Long Island Fugitive Operations arrested Martin SAMBRAN (A# TBD; DOB: 04/01/1975; COB: Honduras), pursuant to an I-200 Warrant of Arrest. At approximately 0630hrs, officers observed a person matching the physical description of a primary target (████████) exit the vicinity of ████████ Greenport, NY, and drive off in a vehicle. Officers conducted a vehicle stop in the vicinity of ████████ Greenport, NY and asked for ID. The person provided officers his name and DOB stating he had no ID. Record checks yielded no results, but SAMBRAN stated to officers he is a citizen and national of Honduras with no lawful status in the United States as he entered the United States by illegally crossing the US/Mexico border. Officers determined SAMBRAN was illegally present in the United States, placed him under arrested, and

| Signature<br>J 10425 CHACON | Title<br>Deportation Officer |
|---|---|

_____2_____ of _____4_____ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security                    **Continuation Page for Form** I-213

| Alien's Name<br>ZAMBRANO DIAZ, MARTIR | File Number<br>██████<br>Event No: CIP2602000064 | Date<br>02/04/2026 |
|---|---|---|

transported him to 535 Federal Plaza, Central Islip, NY for processing.

PREVIOUS IS ARRESTING/CASE OFFICERS NARRATIVE OF ARREST.

ALIENAGE AND REMOVABILITY:
After the subject's biometrics were taken, it was discovered that the subject provided a false name and false DOB. Biometrics revealed that his true name is Martir ZAMBRANO Diaz (A# ██████ DOB: ████1975; COB: Honduras), who was ordered removed from the United States on March 27, 1998. ZAMBRANO Diaz was removed from the United States on April 06, 1998. As a result of these findings, a I-205 Warrant of Removal was issued and served. ZAMBRANO Diaz made no claims of United States Citizenship or Lawful Permanent Resident status of the United States.

IMMIGRATION HISTORY:
ZAMBRANO Diaz entered the US without inspection at an unknown place and at unknown date and time.

On or around March 10, 1998, ZAMBRANO Diaz was found to be inadmissible to the United States pursuant to Section 212(a)(6)(A)(i) of the Immigration and Nationality Act (INA) was issued a Notice to Appear, Form I-862.

On or about March 27, 1998, ZAMBRANO Diaz was ordered removed from the United States by the Immigration Judge.

ZAMBRANO Diaz reentered the United States at or near an unknown place on or about an unknown date at a place not designated as a port of entry by the Attorney General of the United States and or the Secretary of Homeland Security, the successor, thus he was not admitted, inspected, or paroled into the United States by a United States Immigration Official.

CRIMINAL HISTORY:
ZAMBRANO Diaz has no criminal history.

PENDING APPLICATIONS:
ZAMBRANO Diaz has no pending applications.

HEALTH:
ZAMBRANO Diaz claimed to be a diabetic and could not provide names of his medications.

CONSULAR NOTIFICATION:
ZAMBRANO Diaz was notified of their right to communicate with a Consular Officer from Honduras as per Article 36(1) (b) of the Vienna convention on Consular Relations. ZAMBRANO Diaz indicated they understood their right and chose to have their consulate notified.

HUMANITARIAN:
ZAMBRANO Diaz was offered a hot meal and bottled water at 0915 hours.
ZAMBRANO Diaz was allowed to make a phone call and contacted Didier at 631-871-6992. The call lasted approximately five minutes.

PROPERTY/FUNDS:
ZAMBRANO Diaz 's funds of $1920 were inventoried on DHS form G-589, form #1499593
ZAMBRANO Diaz 's personal belongings were inventoried on DHS form G-589, form #1499596

DNA sample was collected by ICE/ERO: ██████

INCENTIVIZED VOLUNTARY DEPARTURE:
ZAMBRANO Diaz is not eligible for IVD.

| Signature<br>J 10425 CHACON | Title<br>Deportation Officer |
|---|---|

_____3_____ of _____4_____ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security    **Continuation Page for Form** I-213

| Alien's Name<br>ZAMBRANO DIAZ, MARTIR | File Number ▮▮▮▮▮<br>Event No: CIP2602000064 | Date<br>02/04/2026 |
|---|---|---|

DISPOSITION:
ZAMBRANO Diaz was processed as reinstatement. Forms Executed: I-205, I-294, I-871, I-229(a), DHS 1815, FD- 249, I-213, FD-936. Form I-871 was served on the subject and translated into a language he may understand. An Online Detainee Locator System (ODLS) Privacy Notice and a List of Pro Bono Legal Service Providers were also provided.


OTHER IDENTIFYING NUMBERS
------- -------------------------
ALIEN ▮▮▮▮▮▮

| Signature<br>J 10425 CHACON | Title<br>Deportation Officer |
|---|---|

_____4_____ of _____4_____ Pages

Form I-831 Continuation Page (Rev. 08/01/07)