# Exhibit C

# Final Removal Order

IMMIGRATION COURT
2320 LA BRANCH ST., RM 2235
HOUSTON, TX 77004

In the Matter of

ZAMBRANO-DIAZ, MARTIR
    Respondent

ORE DETAINED
              Case ███████

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on Mar 27 1998.
This memorandum is solely for the convenience of the parties.  If the
proceedings should be appealed or reopened, the oral decision will become
the official opinion in the case.

[ RB ] The respondent was ordered removed from the United States to  HONDURAS
[ RB ] Respondent's application for voluntary departure was denied and
       respondent was ordered removed to
       alternative to
[  ]  Respondent's application for voluntary departure was granted until
          upon posting a bond in the amount of $ _____
       with an alternate order of removal to
[  ]  Respondent's application for asylum was ( )granted ( )denied
      ( )withdrawn.
[  ]  Respondent's application for withholding of removal was ( )granted
      ( )denied ( )withdrawn.
[  ]  Respondent's application for cancellation of removal under section
      240A(a) was ( )granted ( )denied ( )withdrawn.
[  ]  Respondent's application for cancellation of removal was ( ) granted
      under section 240A(b)(1)    ( ) granted under section 240A(b)(2)
      ( ) denied  ( ) withdrawn.  If granted, it was ordered that the
      respondent be issued all appropriate documents necessary to give
      effect to this order.
[  ]  Respondent's application for a waiver under section _____ of the INA was
      ( )granted ( )denied ( )withdrawn or ( )other.
[  ]  Respondent's application for adjustment of status under section _____
      of the INA was ( )granted ( )denied ( )withdrawn.  If granted, it
      was ordered that respondent be issued all appropriate documents necessary
      to give effect to this order.
[  ]  Respondent's status was rescinded under section 246.
[  ]  Respondent is admitted to the United States as a _____ until _____.
[  ]  As a condition of admission, respondent is to post a $ _____ bond.
[  ]  Respondent knowingly filed a frivolous asylum application after proper
      notice.
[ RB ] Respondent was advised of the limitation on discretionary relief for
       failure to appear as ordered in the Immigration Judge's oral decision.
[  ]  Proceedings were terminated.
[  ]  Other: _____
      Date: Mar 27 1998
      Appeal: WAIVED    Appeal Due By: _____

                                              ROBERT BROWN
                                              Immigration Judge

CYJ

Alien Number: ██████████                    Alien Name:  ZAMBRANO-DIAZ, MARTIR

LIMITATIONS ON DISCRETIONARY RELIEF FOR FAILURE TO APPEAR

( )  1.  You have been scheduled for a removal hearing, at the time and place set forth on the attached sheet.  Failure to appear for this hearing other than because of exceptional circumstances beyond your control** will result in your being found ineligible for certain forms of relief under the Immigration and Nationality Act (see Section A. below) for a period of ten (10) years after the date of entry of the final order of removal.

( )  2.  You have been scheduled for an asylum hearing, at the time and place set forth on the attached notice.  Failure to appear for this hearing other than because of exceptional circumstances beyond your control** will result in your being found ineligible for certain forms of relief under the Immigration and Nationality Act (see Section A. Below) for a period of ten (10) years from the date of your scheduled hearing.

( )  3.  You have been granted voluntary departure from the United States pursuant to section 240B of the Immigration and Nationality Act, and remaining in the United States beyond the authorized date other than because of exceptional circumstances beyond your control** will result in your being ineligible for certain forms of relief under the Immigration and Nationality Act (see Section A. Below) for ten (10) years from the date of the scheduled departure or the date of unlawful reentry, respectively.  Your voluntary departure bond, if any, will also be breached.  Additionally, if you fail to voluntarily depart the United States within the time period specified, you shall be subject to a civil penalty of not less than $1000 and not more than $5000.

( )  4.  An order of removal has been entered against you.  If you fail to appear pursuant to a final order of removal at the time and place ordered by the INS, other than because of exceptional circumstances beyond your control** you will not be eligible for certain forms of relief under the Immigration and Nationality Act (see Section A. below) for ten (10) years after the date you are scheduled to appear.

**the term "exceptional circumstances" refers to circumstances such as serious illness of the alien or death of an immediate relative of the alien, but not including less compelling circumstances.

A.  THE FORMS OF RELIEF FROM REMOVAL FOR WHICH YOU WILL BECOME INELIGIBLE ARE:
   1)   Voluntary departure as provided for in section 240B of the Immigration and Nationality Act;
   2)   Cancellation of removal as provided for in section 240A of the Immigration and Nationality Act; and
   3)   Adjustment of status or change of status as provided for in Section 245, 248 or 249 of the Immigration and Nationality Act.

   This written notice was provided to the alien in English.  Oral notice of the contents of this notice must be given to the alien in his/her native language, or in a language he/she understands by the Immigration Judge.

Date:  Mar 29, 1998
Immigration Judge: _____    or Court Clerk: _____

---

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY:  MAIL (M)    PERSONAL SERVICE (P)
TO:  [✓] ALIEN   [✓] ALIEN c/o Custodial Officer  [ ] ALIEN's ATT/REP   [ ] INS
DATE:  3/27/98    BY:  COURT STAFF _____
   Attachments:  [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other

V6