# Exhibit D

## I-871

**U.S. Department of Homeland Security**

# Notice of Intent/Decision to Reinstate Prior Order

File No. ▮▮▮▮▮

FIN: ▮▮▮▮▮

Event No: CIP2602000064
Date: **February 4, 2026**

Name: **MARTIR  ZAMBRANO DIAZ**

In accordance with section 241(a)(5) of the Immigration and Nationality Act (Act) and 8 CFR 241.8, you are hereby notified that the Secretary of Homeland Security intends to reinstate the  order of _____**Removal**_____entered against you.  This intent
(Deportation / exclusion / removal)

is based on the following determinations:

1. You are an alien subject to a prior order of deportation / exclusion / removal entered on _____**March 27, 1998**_____ at
(Date)

**OKLAHOMA CITY, OK**_____ .
(Location)

2. You have been identified as an alien who:

   ☒ was removed on _____**April 6, 1998**_____ pursuant to an order of deportation / exclusion / removal.
   (Date)

   ☐ departed voluntarily on _____ pursuant to an order of deportation / exclusion / removal on or
   (Date)
   after the date on which such order took effect (i.e., who self-deported).

3. You illegally reentered the United States on or about _____**Unknown Date**_____ at or near **Unknown Place**_____
   (Date)                                    (Location)

In accordance with Section 241(a)(5) of the Act, you are removable as an alien who has illegally reentered the United States after having been previously removed or departed voluntarily while under an order of exclusion, deportation or removal and are therefore subject to removal by reinstatement of the prior order.  You may contest this determination by making a written or oral statement to an immigration officer.  You **do not** have a right to a hearing before an immigration judge.

*The facts that formed the basis of this determination, and the existence of a right to make a written or oral statement contesting this determination, were communicated to the alien in the* **SPANISH**_____ *language.*

**CHACON, J 10425**_____          ____/s/____ 10425
(Printed or typed name of official)                    (Signature of officer)

**Deportation Officer**_____
(Title of officer)

## Acknowledgment and Response

I ☐ do  ☒ do not  wish to make a statement contesting this determination.

_____                    _____REFUSED  TO SIGN_____
(Date)                                    (Signature of Alien)

## Decision, Order, and Officer's Certification

Having reviewed all available evidence, the administrative file and any statements made or submitted in rebuttal, I have determined that the above-named alien is subject to removal through reinstatement of the prior order, in accordance with section 241(a)(5) of the Act.

**February 4, 2026**    **CENTRAL ISLIP, NY**_____          ____/s/____
(Date)                (Location)                    (Signature of authorized deciding official)

**DIAZ, J 7700**_____                    **SDDO**_____
(Printed or typed name of official)                    (Title)

Form I-871 (Rev. 08/01/07)