# Exhibit E
# Certification of Reinstatement

*Office of Enforcement and Removal Operations*
*New York Field Office*

**U.S. Department of Homeland Security**
26 Federal Plaza, Suite 1105
New York, N.Y. 10278



**U.S. Immigration and Customs Enforcement**

## UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

### CERTIFICATION OF REINSTATEMENT

I am a Supervisory Detention and Deportation Officer with the U.S. Immigration and Customs Enforcement, within the United States Department of Homeland Security. I have served in this position since June 4th 2023. My office is located in Federal Plaza, Central Islip, New York 11722 and my responsibilities include the maintenance and creation of the official Record of Proceedings. I am the deciding officer in the matter of **Zambrano Diaz, Martir** file number **A** ██████.

Annexed to this Certification is the official Record of Proceedings.

I hereby certify to the best of my knowledge and belief that the annexed documents are originals, or copies thereof, of the official Record of Proceedings. These documents relate to:

Subject: **Zambrano Diaz, Martir**
File Number: **A** ████████

Date: February 4, 2026

_____
J Diaz
Supervisory Detention and Deportation Officer

ICE Form 71-057 (1/16)

Page 1 of 1