## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MARTIR ZAMBRANO DIAZ<br><br>*Petitioner,*<br><br>v.<br><br>JOHN TSOUKARIS, *et al.*,<br><br>*Respondents.* | HON. RENÈE MARIE BUMB, C. U.S.D.J.<br><br>Civ. Action No. 26-1301 (RMB)<br><br>**STIPULATION AND ORDER** |

### JOINT STIPULATION AND ORDER OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, that this action shall be and hereby is dismissed without prejudice and without costs or attorneys' fees to either party. Additionally, any stay on the transfer or transport of Petitioner is hereby lifted by agreement of the parties.

MUSA-OBREGON LAW, PC

TODD BLANCHE
U.S. Deputy Attorney General

JORDAN FOX
Chief of Staff & Associate Deputy
 Attorney General
Special Attorney

*/s/ Peter Kapitonov*
PETER KAPITONOV
Musa-Obregon Law, P.C.
*Attorney for Petitioner*
Dated: March 13, 2026

By:    */s/ David Inkeles*
DAVID INKELES
Assistant United States Attorney
*Attorneys for Respondents*
Dated: March 13, 2026

**SO ORDERED:**

_____
HON. RENÈE MARIE BUMB
CHIEF U.S. DISTRICT JUDGE

1